UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID L. COX and DEBORAH L. COX, | |
| Plaintiffs, | |
| v. | Case No. 05-cv-4182-JPG |
| AVERITT EXPRESS, INC. and RICHARD KORNACKER | |
| Defendants. | |

## JUDGMENT

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

NORBERT JAWORSKI

DATED: December 5, 2005         by:s/Deborah Agans, Deputy Clerk


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**