UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID L. COX and DEBORAH L. COX,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 05-cv-4182-JPG |
| | ) |
| **AVERITT EXPRESS and** | ) |
| **RICHARD KORNACKER,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:  November 8, 2006

**NORBERT JAWORSKI, CLERK**

 **By:s/Deborah Agans**
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
             **U. S. DISTRICT JUDGE**